MINA SPINDLER, PETITIONER-PETITIONER, v. UNIVERSAL CHAIN CORP., RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Rothbard, Harris & Oxfeld* for the petitioner.

*Messrs. Kalisch & Kalisch* for the respondent.

September 8, 1952.   Granted.

NETTIE CLAYTON AND BERT CLAYTON, PLAINTIFFS-RESPONDENTS, v. JERSEY CENTRAL POWER & LIGHT COMPANY, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Mr. Vincent P. Keuper* and *Mr. Harry Green* for the petitioner.

*Messrs. Parsons, Labrecque, Canzona & Combs* for the respondents.

See same case below: 19 *N. J. Super.* 546.

September 8, 1952.   Denied.